**RANDY RUMPH**  (SBN:  232235)
1401 - 19TH STREET, SUITE 200
BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600

ATTORNEY FOR PLAINTIFF, MICHAEL ANGELO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO,<br><br>                                   PLAINTIFF,<br><br>vs.<br><br><br>G4S SECURE SOLUTIONS (USA) INC.;<br>DOES 1 through 10<br><br><br>                                   DEFENDANTS. | CASE NO.  1:13-cv-01059 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Doc. 13) |

   The parties, by and through their respective counsel of record, hereby stipulate that the settlement conference currently set for January 28, 2014 at 9:30 a.m. shall be rescheduled until January 29, 2014 at 1:30 p.m.  This stipulation is necessary due to the United States District Court for the District of Nevada re-scheduling for January 28, 2014 a settlement conference in a case involving Mr. Rumph.

DATED:    January 16, 2014

                              /s/ Randy Rumph
                              **RANDY RUMPH**
                              ATTORNEY FOR PLAINTIFF MICHAEL ANGELO

---

1
STIPULATION TO CONTINUE MEDIATION CUTOFF DATE
AND POST MEDIATION STATUS CONFERENCE

DATED:   January 16, 2014

/s/ Robert Schnack
**ROBERT SCHNACK**
ATTORNEY FOR G4S SECURE SOLUTIONS (USA) INC.

## ORDER

Based upon the unavailability of counsel, the Court **GRANTS** the stipulation to continue the settlement conference to January 29, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **January 16, 2014**              /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE