UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>    Defendant. | Case No.: 1:13-cv-01059 AWI JLT<br><br>ORDER AFTER SETTLEMENT |

On January 29, 2014, the Court conducted a settlement conference in this matter. (Doc. 15) At that time, the matter did not settle. Afterward, in a final attempt to settle the matter, the Court issued a confidential "mediator's proposal," setting forth terms for settlement. Both sides have accepted the proposal and, therefore, the matter has settled. Therefore, the Court **ORDERS**:

1. No later than March 21, 2014, Plaintiff **SHALL** file a request for dismissal of the action with prejudice;

2. All pending dates, motions, conferences and hearings, including the trial, are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **February 4, 2014**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1