RANDY RUMPH (SBN 232235)
1401 19th Street, Suite 200
Bakersfield, CA  93301
Telephone:     (661) 322-4600
Facsimile:      (661) 322-8478
Email:           *rmrlaw10@sbcglobal.net*

Attorney for Plaintiff
MICHAEL ANGELO

JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)
ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
Email:           *schnackr@jacksonlewis.com*
Email:           *picklese@jacksonlewis.com*

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD DIVISION

| | |
|---|---|
| MICHAEL ANGELO, | **CASE NO. 1:13-CV-01059-AWI-JLT** |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| G4S SECURE SOLUTIONS (USA) INC., DOES 1 through 10 | Complaint Filed:    April 25, 2013<br>Removal Date:      July 11, 2013<br>Trial Date:             Not Yet Set |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA – BAKERSFIELD DIVISION:

Plaintiff MICHAEL ANGELO and Defendant G4S SECURE SOLUTIONS (USA) INC.

("the Parties") by and through their respective attorneys of record, hereby stipulate to dismissal of

1

this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

| | |
|---|---|
| Date: March 21, 2014 | /s/ *Randy Rumph* (as authorized on 03/21/2014) |
| | Randy Rumph |
| | |
| | Attorney for Plaintiff |
| | MICHAEL ANGELO |
| | |
| Date: March 21, 2014 | JACKSON LEWIS P.C. |
| | |
| | By: /s/ *Robert J. Schnack* |
| | Robert J. Schnack |
| | |
| | Attorneys for Defendant |
| | G4S SECURE SOLUTIONS (USA) INC. |

**ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Dated:  March 24, 2014                          _____
                                                SENIOR DISTRICT JUDGE